IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN E. GROVE,<br><br>    Plaintiff,<br><br>v.<br><br>MML INVESTORS SERVICES, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 25-2133-KSM |

### ORDER

**AND NOW** this 29th day of July, 2025, upon consideration of Defendants' Motion to Dismiss (Doc. No. 6), Plaintiff's opposition brief (Doc. No. 7), and Defendants' reply brief (Doc. No. 8), it is **ORDERED** that the motion is **GRANTED** and the Complaint is **DISMISSED**. The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.